# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| vs. | : CRIMINAL NO.: 20-00138-CG |
| **PATRICK EARL POOL** | : |
| **Defendant.** | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 45) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts One, Three and Seven of the Indictment is now accepted, and the Defendant is adjudged guilty of the offenses of possession with intent to distribute methamphetamine in violation of Title 21, U.S.C., § 841(a)(1); felon in possession of a firearm in violation of Title 18, U.S.C., § 922(g)(1); and using, carrying, or possessing a firearm in furtherance of or in relation to a drug trafficking felony in violation of Title 18, U.S.C., § 924(c)(1)(A).

A sentencing hearing has been scheduled for **April 14, 2021, at 9:30 a.m.**, under separate order. The United States Marshal is **ORDERED** to produce the Defendant for said hearing.

**DONE and ORDERED** this 30th day of December, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE